## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:

    Ezra K.K. Chatla,

                Debtor(s)

Case No. 23 B 06540

Chapter 13

Judge Goldgar

### NOTICE OF MOTION

TO:    Ezra Chatla, 3645 N. De Woody Rd., Waukegan, IL 60087
US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL. 60604 (by ECF)
Glenn B Stearns, Chapter 13 Trustee (by ECF)
See attached list

    Please take notice that on the **25th** day of **July, 2023,** the Undersigned filed with the Clerk
of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division,
**"Amended Chapter 13 Plan"** copy of which is attached hereto and served upon you.

### PROOF OF SERVICE

STATE OF ILLINOIS )
COUNTY OF C O O K )

**VERONICA D. JOYNER,** an attorney, hereby certify that I served the above and foregoing notice
upon the named respondents, by placing a true copy thereof and of petition in envelopes addressed
to them at the shown, with postage prepaid, and placing the same in the U.S. Mails 120 S. State
Street, Chicago, Illinois this **25th** day of **July  2023**.

_____
        One of Debtor(s) Attorney

Joyner Law Office
120 South State Street
Suite 200
Chicago, IL 60603
(312) 332-9001

American Express
P.O. Box 0001
Los Angeles, CA 90096

Bank of America
Bankruptcy Department
P.O. Box 5170
Simi Valley, CA 93062

Best Egg
P.O. Box 5493
Carol Stream, IL 60197

CBNA
P.O. Box 769006
San Antonio, TX 78245

Chase
Cardmember Service
P.O. box 15153
Wilmington, DE 19886

Citi Cards
P.O. Box 6000
The Lakes, NV 89163

Consumers Credit Union
1075 Tri State Parkway, Suite 850
Gurnee, IL 60031

Figure Tech/Figure Lending
650 California St.
FL 2700
San Francisco, CA 94108

Goldman Sachs Bank USA
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170

Goldman Sachs Group
200 West St.
New York, NY 10282

Lending Point LLC
1201 Roberts Blvd. NW
Suite 200
Kennesaw, GA 30144


LOGS Legal Group LLP
2121 Waukegan Road
Suite 301
Deerfield, IL 60015


Money Lion/Bettercash
Tallgrass Finance
P.O. Box 14065
Lenexa, KS 66285


Mr. Cooper
8950 Cypress Water Blvs.
Coppell, TX 75019


The Cash Store
1901 Gateway Drive
Suite 200
Irving, TX 75038


Truist Bank
P.O. Box 849
Wilson, NC 27894


U.S. Department of HUD
451 7th Street S.W.
Washington, DC 20410


Upgrade Inc.
2 North Central Ave.
10th Floor
Phoenix, AZ 85004


UpStart
P.O. Box 1503
San Carlos, CA 94070