UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-06540 |
| Ezra K.K. Chatla | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming before the court on the motion of Consumers Credit Union ("Creditor") for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted. The stay is modified so as not to restrain Creditor and its successors in interest from pursuing in rem non-bankruptcy remedies as to a 2018 Subaru Outback, VIN 4S4BSAFC7J329593.

2. The stay in Rule 4001(a)(3) does not apply to this order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: August 25, 2023

**Prepared By:**

Terri M. Long ARDC #6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
terri.long@il.cslegal.com
Atty. for Consumers Credit Union, its Successors and/or Assigns
C.284-517